## MOTION DOCKET

**87-62.** Volodkevich v. Volodkevich. *Medina County*, No. 1496. On motion to clarify jurisdiction, on motion for instructions and on motion to supplement record. Motions denied.

Resnick, J., not participating.

**88-107.** Digital & Analog Design Corp. v. North Supply Co. *Lorain County*, No. 4213. On motion to file supplemental brief. Motion granted.

**88-357.** State v. Hunter. *Franklin County*, No. 86AP-855. On motion for relief from judgment and on motion to dismiss motion for relief from judgment. Motion for relief denied. Motion to dismiss granted. The cause is dismissed.

**88-1049.** Stevens v. Natl. City Bank. *Cuyahoga County*, Nos. 53337 and 53338. On motion to substitute parties. Motion granted.

**88-1088.** State v. Cohen. *Lake County*, No. 12-011. On motion to supplement propositions of law in cross-appeal. Motion granted.

**88-1169.** Hamilton Cty. Bd. of Mental Retardation v. Professional Guild. *Franklin County*, No. 87AP-911. On motion for leave to file *amicus* of Ohio School Boards Assn. instanter. Motion granted.

**88-1251.** State v. Powell. *Cuyahoga County*, No. 54079. On motion for default judgment in relief from judgment order. Motion denied.

**88-1258.** State v. Grewell. *Coshocton County*, No. 87-CA-18. On motion for leave to file *amicus* of Ohio Prosecuting Attorneys Assn. Motion granted.

**88-1265.** State v. Wiles. *Portage County*, No. 1675. On motion for appointment of counsel. *Sua sponte*, this motion is remanded to the current Prosecuting Attorney of Portage County to appoint or designate counsel for the state of Ohio in this cause.

**88-1520.** Willis v. McDermott. *Cuyahoga County*, No. 53820. On motion to amend brief. Motion granted.

**88-1909.** Cleveland Elec. Illum. Co. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 88-08-EL-EFC. On motion to consolidate with 87-1886, *Cleveland Elec. Illum. Co. v. Pub. Util. Comm.*, PUCO No. 86-05-EL-EFC. Motion granted.

**88-1930.** Colonial American Dev. Co. v. Griffith. *Montgomery County*, No. CA 10879. On motion for leave to file *amicus* of Columbus Housing Law Project, Inc. Motion granted.

**88-2011.** Sunset Square, Ltd. v. Miami Cty. Bd. of Revision. Appeal from the Board of Tax Appeals, No. 84-C-327. On motion to consolidate with 88-1751, *Sunset Square, Ltd. v. Miami Cty. Bd. of Revision*, BTA No. 83-A-451. Motion granted.

**88-2071.** State, ex rel. Thompson Newspapers, Inc., v. Martin. *Fairfield County*, No. 38-CA-88. On motion for leave to file *amicus* of Ohio Prosecuting Attorneys Assn. Motion granted.

**88-2119.** Harris v. Rauchman. *Hamilton County*, No. C-880524. On motion to show cause. Motion denied.

Holmes, J., dissents.

**88-2202.** State v. Baer. *Fulton County*, No. F-88-10. On motion to suspend sentence and for release on own recognizance. Motion denied.